# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ANTHONY D. TOOMBS**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #101840**

v.　　　　　　　　Case No. 2:18-cv-00132-KGB-PSH

**EAST ARKANSAS REGIONAL UNIT,**　　　　　　　　　　　　　　　　**DEFENDANT**
**Prison Unit, Arkansas Department of Correction**, *et al.*

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Anthony D. Toombs' complaint is dismissed without prejudice.

It is so adjudged this 19th day of January, 2021.

_____
Kristine G. Baker
United States District Judge